**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7464**

GREGORY CHARLES KRUG,

              Petitioner - Appellant,

        v.

JOHN R. OWEN,

              Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:11-cv-02323-CMC)

Submitted:  February 23, 2012      Decided:  February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Charles Krug, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Charles Krug, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Krug's 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Krug v. Owen, No. 3:11-cv-02323-CMC (D.S.C. Oct. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2